```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 11218
   ANGIE PEREZ
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-6508


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 05/02/08 .

     2.   The case was dismissed without confirmation, 09/12/2008.

     3.   The Debtor paid a total of $    800.00 .

     4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG        .00           .00         .00
NOTTINGHAM RIDGE HOMEONE   SECURED               .00           .00         .00
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC     6731.19          .00       721.51
UNITED CONSUMER FINANCE    SECURED            299.37          .00        32.09
AMERICAN EXPRESS           UNSECURED       NOT FILED          .00         .00
QUEST DIAGNOSTICS          UNSECURED       NOT FILED          .00         .00
ASSOC ANESTHESIOLOGISTS    UNSECURED       NOT FILED          .00         .00
BANK ONE                   UNSECURED       NOT FILED          .00         .00
JOLIET RADIOLOGY           UNSECURED       NOT FILED          .00         .00
CERTEGY PAYMENT RECOVERY   UNSECURED       NOT FILED          .00         .00
CHARTER ONE                UNSECURED       NOT FILED          .00         .00
CREDITORS COLLECTION BUR   UNSECURED       NOT FILED          .00         .00
FAMILY MEDICAL GROUP       UNSECURED       NOT FILED          .00         .00
MIDWEST NEOPED             UNSECURED       NOT FILED          .00         .00
NICOR GAS                  UNSECURED       NOT FILED          .00         .00
TCF BANK                   UNSECURED       NOT FILED          .00         .00
PROVENA ST JOSEPH MEDICA   UNSECURED       NOT FILED          .00         .00
QUEST DIAGNOSTICS          UNSECURED       NOT FILED          .00         .00
RECOVERY MANAGEMENT SYST   UNSECURED       NOT FILED          .00         .00
SOO K LEE                  UNSECURED       NOT FILED          .00         .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------------
WFNNB/HARLEM FURNITURE     UNSECURED       NOT FILED          .00         .00
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7030.56         .00          .00         .00      7030.56
PRINCIPAL PAID       753.60         .00          .00         .00       753.60
```

```
INTEREST PAID                    .00          .00          .00          .00          .00
TOTAL PAID                    753.60          .00          .00          .00       753.60
```

The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   3500.00
and was paid $     643.75   direct and $       .00   through the plan.

The Trustee received $      46.40 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 11218 ANGIE PEREZ